| | |
|---|---|
| 1 | MATTHEW ABBASI, ESQ., SBN 215030 |
| 2 | **ABBASI LAW CORPORATION** |
|   | 8889 WEST OLYMPIC BLVD., SUITE 240 |
| 3 | BEVERLY HILLS, CALIFORNIA 90211 |
|   | TEL:(310) 358-9341 |
| 4 | FAX: (888) 709-5448 |
|   | EMAIL: matthew@malawgroup.com |
| 5 | |
|   | ATTORNEYS FOR EDWARD M. WOLKOWITZ |
| 6 | CHAPTER 7 TRUSTEE |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | | CASE NO.: *2:13-BK-25661-BB* |
| CHONGHEE JANE KIM, | | <u>*CHAPTER 7*</u> |
| | Debtor. | *AP CASE NO.: 2:17−ap−01277−BB* |
| EDWARD M. WOLKOWITZ, AS CHAPTER 7 TRUSTEE OF THE DEBTOR'S ESTATE, | | |
| | Plaintiff, | |
| v. | | *PROOF OF SERVICE OF COMPLAINT, SUMMONS AND NOTICE OF STATUS CONFERENCE* |
| CHONGHEE JANE KIM, an individual, ALEXANDRE OH, an individual, BENJAMIN HOOSHIM, LYNN WOLCOTT, an individual, JULIE TABERDO, an individual, TD FORECLOSURE SERVICES, INC., a California Corporation; GB INLAND PROPERTIES, LLC, a California Limited Liability Company;  and Does 1 to 20, inclusive | | |
| | Defendants. | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 8889 West Olympic Blvd. Suite 240, Beverly Hills, California 90211. A true and correct copy of the foregoing document entitled (*specify*):

**SUMMONS, ADVERSARY COMPLAINT, NOTICE OF STATUS CONFERENCE,
AND COURT'S ADR INFORMATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/22/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Edward M Wolkowitz (TR): emwtrustee@lnbrb.com, ewolkowitz@ecf.epiqsystems.com

☐ Service continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 5/22/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
US Bankruptcy Court, Central District
255 E. Temple St. Ste 1482/Crtrm 1475
Los Angeles, CA  90012

☒ Service continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/22/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/22/2017 | _/s/ signature_ |
|---|---|
| Date | MATTHEW ABBASI, ESQ. |

**SERVICE LIST VIA FIRST CLASS US MAIL**

DEFENDANT AND DEBTOR:

Chonghee Jane Kim at 3660 Wilshire Blvd., #716, Los Angeles, CA 90010.

DEFENDANT:

TD FORECLOSURE SERVICES, INC. at 5023 Parkway Calabasas, Calabasas, CA 91302.

DEFENDANT:

GB INLAND PROPERTIES, LLC at 110 N. Lincoln Ave. Suite 100, Corona, CA 92882.

DEFENDANT:

Alexandre Oh at 4909 BURGOYNE LANE, LA CANDA FLINTRIDGE, CA 91011.

DEFENDANT:

Benjamin Hooshim at 25385 PRADO DE LAS FRESAS, CALABASAS, CA 91302.

DEFENDANT:

Lynn Wolcott at 28031 Thousand Oaks Blvd., Agoura Hills, CA 90313.

DEFENDANT:

Julie Taberdo at 18755 Hatteras Street, #16, Tarzana, CA 91356.

ATTORNEY FOR GB INLAND PROPERTIES, LLC:

Kirsten Worley, Esq.
1572 Second Ave.
San Diego, CA  92101

ATTORNEY FOR ALEXANDRE OH AND BENJAMIN HOOSHIM:

Andrew Smyth, Esq.
4929 Wilshire Blvd., Suite 690
Los Angeles, California 90010

ATTORNEY FOR DEFENDANT AND DEBTOR:

Rosendo Gonzalez, Esq.
530 South Hewitt Street, Suite 148
Los Angeles, California 90013

PROOF OF SERVICE OF COMPLAINT, SUMMONS AND NOTICE OF STATUS CONFERENCE