**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Chonghee Jane Kim<br><br><br><br>Debtor(s) | BAP/USDC NO.: CC 20-1204<br>CASE NO.: 2:13-bk-25661-BB<br>ADVERSARY NO.: 2:17-ap-01277-BB<br>APPEAL DOCKET ENTRY NO.: 227 |
|---|---|
| Edward M Wolkowitz<br><br>Plaintiff(s)<br>vs.<br>TD Foreclosure Services, Inc.; GB Inland Properties, LLC; Benjamin Hooshim; Alexandre Oh; Julie A Taberdo; Lynn Wolcott; Chonghee Jane Kim<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Andrew E. Smyth
4929 Wilshire Blvd., Suite 690
Los Angeles, CA 90010

Attorney of Record for Appellee:
Matthew Abbasi
8889 West Olympic Blvd., Suite 240
Beverly Hills, CA 90211

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript.

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 09/10/2020        By: /s/ SONNY MILANO_____
                                    Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   - [x] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   - [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   - [x] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   - [ ] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   - [ ] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   - [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   - [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Matthew Abbasi    matthew@malawgroup.com
   Michael A Coletti    , coletti1011@gmail.com
   Andrew Edward Smyth    office@smythlo.com
   Stephen S Smyth    office@smythlo.com;r58723@notify.bestcase.com
   Jason L Weisberg    jason@weisberglawgroup.com
   Edward M Wolkowitz (TR)    emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com
   Kirsten A Worley    WORLEYK@HIGGSLAW.COM, MALAVARJ@HIGGSLAW.COM

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**